COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Edwin Anderson Rivera v. The State of Texas

Appellate case number:    01-12-00720-CR

Trial court case number:  1240582

Trial court:              174th District Court of Harris County

　　　　This case was abated and remanded to the trial court for the trial court to enter written findings of fact on which its conclusion concerning the voluntariness of appellant's confession was based.  The district clerk has filed a supplemental clerk's record containing the trial court's findings of fact.  Accordingly, we REINSTATE this case on the Court's active docket.

　　　　It is so ORDERED.


Judge's signature:/s/ Laura C. Higley
　　　　　　　　⊠  Acting individually　　□ Acting for the Court


Date:  May 6, 2014